**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        22-10681       JCO        Judge:    Jerry C Oldshue            Trustee Name:              Terrie S. Owens

Case Name:     Quality Framing Llc                                            Date Filed (f) or Converted (c):    04/08/2022 (f)

                                                                              341(a) Meeting Date:          05/09/2022

For Period Ending:   10/10/2023                                               Claims Bar Date:              10/30/2023

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Regions Bank Checking/Savings Account #1250 | 570.60 | 0.00 | | 0.00 | FA |

                                                                                            Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $570.60          $0.00                          $0.00            $0.00

                                                                                            (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/31/22 property information needed

4/6/23 document request pending

10/10/23 BAr date 10/30/23 case will be ready for final report

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

Trustee Signature:        /s/ Terrie S. Owens          Date: 10/10/2023

                          Terrie S. Owens
                          P.O. Box 2536
                          Daphne, AL  36526
                          (251)441-9237
                          towenstrustee@irvingrodskypc.com